# United States Court of Appeals
### For the First Circuit

---

No. 11-1154

UNITED STATES,

Appellee,

v.

CARLOS BEZA-GARI,

Defendant, Appellant.

---

Before

Lynch, <u>Chief Judge</u>,
Boudin and Lipez, <u>Circuit Judges</u>.

---

JUDGMENT

Entered: January 31, 2012

    Having carefully reviewed the <u>Anders</u> brief and record, we conclude that there is no non frivolous basis for appeal. Consequently, counsel's motion to withdraw is granted, and the judgment is summarily <u>affirmed</u>.

                                          By the Court:

                                          <u>/s/ Margaret Carter, Clerk</u>.

cc:
Mestey-Borges, Idalia
Perez-Sosa, Nelson Jose
Pourinski, Elaine
Beza-Gari, Carlos